UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BRANCH BANKING AND TRUST
COMPANY, a North Carolina banking
corporation, as successor in interest to
Colonial Bank by asset acquisition from
the FDIC as receiver for Colonial Bank

       Plaintiff,

v.                             Case No:  2:13-cv-25-FtM-38CM

PARK CIRCLE, LLC, GREGORY
TOTH and STEPHANIE MILLER-
TOTH,

       Defendants.

_____/

## ORDER

      This matter comes before the Court on the Defendant Gregory Toth's Unopposed

Motion to Dismiss Cross-Claim without Prejudice (Doc. #40) filed on March 6, 2014.  On

March 7, 2013, the Defendant Gregory Toth filed a cross-claim against the Defendant

Stephanie Miller-Toth.  The Defendant Gregory Toth now moves to dismiss without

prejudice the cross-claim against Miller-Toth.  Pursuant to Fed. R. Civ. P. 41(c)(1) a

defendant can voluntarily dismiss a cross-claim if no responsive pleading has been filed.

In this case, no responsive pleading has been filed, and therefore, the Motion is due to

be granted.

      Accordingly, it is now

      **ORDERED:**

The Defendant Gregory Toth's Unopposed Motion to Dismiss Cross-Claim without Prejudice (Doc. #40) is **GRANTED**.  The Cross-Claim filed against Stephanie Miller-Toth is hereby **DISMISSED without prejudice**.

**DONE** and **ORDERED** in Fort Myers, Florida this 10th day of March, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record