UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BRANCH BANKING AND TRUST COMPANY, a North Carolina banking corporation, as successor in interest to Colonial Bank by asset acquisition from the FDIC as receiver for Colonial Bank

       Plaintiff,

v.                                                Case No:   2:13-cv-25-FtM-38CM

PARK CIRCLE, LLC, GREGORY TOTH, STEPHANIE MILLER-TOTH and FIFTH THIRD BANK N.A.,

       Defendants.
_____/

**OPINION AND ORDER[1]**

This matter comes before the Court on the Report and Recommendation of the Honorable United States Magistrate Judge Carol Mirando recommending that the Plaintiff Branch Banking and Trust Company's (BB&T) Motion for Attorney's Fees and Taxation of Costs be Granted (Doc. #78) filed on July 8, 2014.  The Defendant Gregory Toth had fourteen (14) days to file an objection to the Report and Recommendation, but to date no objection has been filed and the time to do so has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

report and recommendation. 28 U.S.C. § 636(b)(1); Farrell v. U.S. Congress, 2009 WL 1606502, *1 (M.D. Fla. June 8, 2009) (citing Williams v. Wainwright, 681 F.2d 732 (11th Cir.1982), cert. denied, 459 U.S. 1112, 103 S.Ct. 744, 74 L.Ed.2d 964 (1983)). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo,* Garvey v. Vaughn, 993 F.2d 776, 779 n. 9 (11th Cir.1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo,* even in the absence of an objection. *See* Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir.1994); Castro Bobadilla v. Reno, 826 F.Supp. 1428, 1431-32 (S.D.Fla.1993), *aff'd,* 28 F.3d 116 (11th Cir.1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the Magistrate Judge.

Accordingly, it is now

**ORDERED:**

(1) The Report and Recommendation of the Honorable United States Magistrate Judge Carol Mirando recommending that the Plaintiff Branch Banking and Trust Company's (BB&T) Motion for Attorney's Fees and Taxation of Costs be Granted (Doc. #78) is **ACCEPTED and ADOPTED** and the findings incorporated herein.

(2) The Plaintiff Branch Banking and Trust Company's (BB&T) Motion for Attorney's Fees and Taxation of Costs (Doc. #57) filed on May 30, 2014, is **GRANTED**.

(3) The Plaintiff is hereby **AWARDED** $36,956.50 in attorney and paralegal fees; and $465.00 in costs

**DONE** and **ORDERED** in Fort Myers, Florida this 6th day of August, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record