UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BRANCH BANKING AND TRUST COMPANY, a North Carolina banking corporation, as successor in interest to Colonial Bank by asset acquisition from the FDIC as receiver for Colonial Bank

        Plaintiff,

v.

PARK CIRCLE, LLC, GREGORY TOTH, STEPHANIE MILLER-TOTH and FIFTH THIRD BANK N.A.,

        Defendants.
_____/

Case No: 2:13-cv-25-FtM-38CM

## ORDER[1]

This matter comes before the Court on Branch Banking and Trust Company's Motion for Entry of Final Judgment (Doc. #82) filed on August 13, 2014. On May 8, 2014, the Court granted the Plaintiff's Motion for Summary Judgment (Doc. #54). On May 9, 2014, the Clerk's Office entered judgment (Doc. #55) on behalf of the Plaintiff BB&T in the amount of $125,918.75 along with interest of $36, 548.20 through January 3, 2013, plus $6,822.82 in late fees for a total deficiency judgment award of $169, 289.77 with an additional per diem rate of $62.10.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

The Plaintiff now moves for entry of final judgment to include $36,956.50 in attorney and paralegal fees and $465.00 in costs. On August 7, 2014, the Court issued an Opinion and Order adopting the Magistrate Judge's Report and Recommendation granting the Plaintiff the requested amount of attorneys and paralegal fees and costs. (Doc. #81). Thus good cause exists to grant the Motion for Final Judgment to include attorney's fees and costs.

Accordingly, it is now **ORDERED:**

Branch Banking and Trust Company's Motion for Entry of Final Judgment (Doc. #82) is **GRANTED**.

(1) The Plaintiff Branch Banking and Trust Company is awarded damages in the amount of **$125,918.75** along with interest of **$36,548.20** through January 3, 2013, plus **$6,822.82** in late fees for a total deficiency judgment award of **$169,289.77** with additional per diem rate of interest of **$62.10** accruing thereafter.

(2) The Plaintiff Branch Banking and Trust Company is awarded **$36,956.50** in attorney and paralegal fees and **$465.00** in costs accruing interest pursuant to the interest rate allowed in 28 U.S.C. § 1961.

(3) The Clerk of the Court is directed to enter final judgment including attorney's fees and costs, terminate any pending motions and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 26th day of August, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record